UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY F. MEYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-00973-SEB-DML |
| ) | |
| INDIANAPOLIS PUBLIC SCHOOLS ) | |
| BOARD OF SCHOOL ) | |
| COMMISSIONERS of the city of ) | |
| Indianapolis, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Pursuant to the Court's Order entered simultaneously on this date, <u>FINAL JUDGMENT</u> is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date:   6/14/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Craig M. Borowski
FAEGRE BAKER DANIELS LLP (Indianapolis)
craig.borowski@faegrebd.com

Ryann E. Ricchio
FAEGRE BAKER DANIELS LLP - Indianapolis
ryann.ricchio@faegrebd.com

Paul Stanton Petro
PETRO LAW
paul@petrolaw.us